# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00167-CR

**Patrick John Richardson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 44,901, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant Patrick John Richardson was placed on deferred adjudication community supervision after pleading guilty to sexual assault of a child. *See* Tex. Penal Code Ann. § 22.011 (West Supp. 2001). The State later filed a motion to adjudicate. After a hearing, at which Richardson pleaded true to most of the alleged violations, the court revoked supervision, adjudged Richardson guilty, and sentenced him to eight years' imprisonment.

Richardson's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App.

1969). A copy of counsel's brief was delivered to Richardson, who was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

 

 

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Puryear

Affirmed

Filed:  August 30, 2001

Do Not Publish